Russell S. Humphrey, Esq.
Humphrey Law Group
1420 S. Mills Avenue, Suite H
Lodi, CA  95242
Telephone:  (209) 625-8976
Facsimile:  (209) 625-8673

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FRANCISCA MORALEZ,<br><br>         Plaintiff,<br><br>VS.<br><br>ROBERT ROWEN, M.D.; TERESA SU, M.D.; CALHOUN FAMILY TRUST,<br><br>         Defendants. | Case No.: 3:15-cv-0472-LB<br><br>REQUEST FOR DIMSMISSAL OF DEFENDANT, CALHOUN FAMILY TRUST, ONLY, WITH PREJUDICE and ~~PROPOSED~~ ORDER |
|---|---|

Plaintiff, FRANCISCA MORALEZ, through counsel Russell S. Humphrey hereby requests an order dismissing, with prejudice, defendant, CALHOUN FAMILY TRUST, only from the above-entitled action. Case to remain open with remaining defendants. Plaintiff's request is made pursuant to FRCP 41(a)(2).

Dated:  July 29, 2015          /s/ *Russell S. Humphrey*
                               RUSSELL S. HUMPHREY

IT IS SO ORDERED.

Dated: July 31, 2015           _____
                               HONORABLE LAUREL BEELER