UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT ROWEN, et al.,<br><br>        Defendants. | Case No. 3:15-cv-02472-LB<br><br>**ORDER TO SHOW CAUSE** |

This is an ADA case that is subject to the case-management deadlines set forth in this district's General Order 56. The plaintiff filed a complaint on June 3, 2015. (ECF No. 1.) No defendant has appeared; the plaintiff did dismiss the Calhoun Family Trust. (ECF No. 8.) Nothing on the docket suggests any activity that is required by General Order 56 (such as a joint site inspection or a "Notice of Need for Mediation"). (*See* General Order 56 ¶¶ 3, 6.) Under the circumstances, the court orders the plaintiff to show cause in writing by November 23, 2015 why this action should not dismissed without prejudice for her failure to prosecute it. The response must include any request for a change in the scheduling order at ECF No. 3 and include the plaintiff's plan for proceeding in the case.

**IT IS SO ORDERED.**

Dated: November 17, 2015

                                       LAUREL BEELER
                                       United States Magistrate Judge